ALLACCESS LAW GROUP
Irene Karbelashvili, SBN 232223
irene@allaccesslawgroup.com
Irakli Karbelashvili, SBN 302971
irakli@allaccesslawgroup.com
12 South First Street, Suite 413
San Jose, CA 95113
Telephone: (408) 295-0137
Fax: (408) 295-0142

LAW OFFICE OF KENNETH J. PINTO
Kenneth J. Pinto, SBN 221422
kenpinto1@yahoo.com
586 N 1st St, Ste 113
San Jose, CA 95113
Telephone: (408) 289-1765
Fax: (408) 289-1754

Attorneys for JASON VOMACKA, Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| JASON VOMACKA,<br><br>Plaintiff,<br><br>vs.<br><br>ROBERT LONGINETTI, an individual;<br>SALLY A. LONGINETTI, an individual;<br>FIESTA TAQUERIA INC., a California<br>corporation, dba FIESTA TAQUERIA; ;<br>and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 18-cv-05756-NC<br><br>**STIPULATION AND [PROPOSED]** **ORDER DISMISSING ACTION WITH PREJUDICE** |

STIPULATION AND [PROPOSED] ORDER

1

Plaintiff JASON VOMACKA ("Plaintiff") and Defendant ROBERT LONGINETTI, an individual; SALLY A. LONGINETTI, an individual; FIESTA TAQUERIA INC., a California corporation, dba FIESTA TAQUERIA through their undersigned counsel, hereby stipulate and respectfully request that this Court dismiss this action with prejudice pursuant to FRCP 41(a)(2) with each side bearing his own attorneys' fees, costs, and litigation expenses. The parties FURTHER STIPULATE and request that the Court retain jurisdiction over the parties' settlement agreement in accordance with General Order 56.

Respectfully submitted,

Dated: June 12, 2019          */s/ Irakli Karbelashvili*
                              Irakli Karbelashvili, Attorney for Plaintiff
                              Jason Vomacka

Dated: June 12, 2019          */s/ Negine Sewitsky*
                              Negine Sewitsky, Attorney for Defendant
                              Fiesta Taqueria, Inc.

Dated: June 12, 2019          */s/ Eric A. Gravink*
                              Eric A. Gravink, Attorney for Defendants
                              Robert Longinetti and Sally A. Longinetti

**Filer's Attestation**

I, Irakli Karbelashvili, attest that concurrence in the filing of this document has been obtained from Defendants' counsel.

                              */s/ Irakli Karbelashvili*
                              Irakli Karbelashvili

**[PROPOSED] ORDER**

Having reviewed the above stipulation and good cause appearing, this action is dismissed with prejudice with each side bearing her/its own attorneys' fees, costs, and litigation expenses. The Court retains jurisdiction over the settlement agreement.

**IT IS SO ORDERED.**

Date: June 13, 2019

